**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

IN RE:                                                                   CASE NO: 13-30138

Cheryl Elaine Robbins

SSN# : XXX-XX-6542

**MOTION OF TRUSTEE TO MODIFY PLAN**

The undersigned, being the Standing Trustee for the debtor listed above, hereby moves the court as follows: Subsequent to the confirmation, the trustee has reviewed this case and believes the plan of the debtor will no longer meet the requirements of the bankruptcy code due to the following reason:

**The plan is not sufficient to pay all claims as required by the order of confirmation and applicable law.**

The trustee recommends that the plan be modified as follows:

**Your monthly plan payment will be increased to $1,165.00.
Base will be adjusted as needed.**

DATED: January 06, 2014                                                    Warren L. Tadlock
                                                                                   Standing Chapter 13 Trustee
                                                                                   4600 Park Rd Ste 101
                                                                                   Charlotte, NC  28209-0201

**\*\*NOTICE OF OPPORTUNITY FOR HEARING ON REVERSE SIDE\*\***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:
Cheryl Elaine Robbins                                                                                          CASE NO: 13-30138

SSN# :  XXX-XX-6542

### NOTICE OF OPPORTUNITY FOR HEARING

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor named above requesting a Motion to Modify Plan.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief requested by the trustee in the motion, or if you want the court to consider your views on the motion, then by January 20, 2014, you or your attorney must file with the court a written response to the motion and a request for a hearing at the following address:

Clerk, U.S. Bankruptcy Court
401 W Trade St.
Charlotte, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

If you file a response, then a hearing on the trustee's motion will be held at the following time and place:

Date: January 28, 2014                    Time: 10:00 AM

Location:    Charles Jonas Federal Building
             Room 126
             401 West Trade Street
             Charlotte, NC 28202-1619

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: January 06, 2014                                                                              Warren L. Tadlock
                                                                                                      Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                                    CASE NO:    13-30138
Cheryl Elaine Robbins

SSN# : XXX-XX-6542

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on January 06, 2014.

                                                                                       S. Terry
                                                                                       Office of the Chapter 13
                                                                                       Trustee

Cheryl Elaine Robbins, 6934 Seney Drive, Charlotte, NC  28214